IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTY MICHENER, ) | |
| ) | |
| PLAINTIFF, ) | |
| vs. ) | NO.: 11-CV-00746 |
| ) | |
| THE BOROUGH OF MOUNT OLIVER; ) | |
| JIM CASSIDY, individually and in his capacity as ) | |
| BOROUGH COUNCIL PRESIDENT; ) | |
| CHRISTINE BRINDEL, (BRENDEL) individually ) | |
| and in her capacity as BOROUGH ) | |
| COUNCILWOMAN; JOHN SMITH, individually ) | |
| and in his capacity as BOROUGH ) | |
| COUNCILMAN; DENNIS OBEDOBEL, ) | |
| individually and in his capacity as BOROUGH ) | |
| COUNCILMAN; PATRICK MALLOY, ) | |
| individually and in his capacity as BOROUGH ) | |
| COUNCILMAN; and, GEORGE FARNETH, ) | |
| individually and in his capacity as BOROUGH ) | |
| COUNCILMAN ) | |
| ) | |
| DEFENDANTS. ) | |

JURY TRIAL DEMANDED

## ORDER

AND NOW, this 25th day of July, 2011, upon consideration of the parties' Stipulation For Extension of Time Within Which to File Responsive Pleadings, IT IS HEREBY ORDERED that time within which defendants' response to plaintiff's complaint is due is extended to September 23, 2011.

BY THE COURT:

_____, C.J.