IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Betty Michener ) | |
| ) | |
| PLAINTIFF, ) | |
| vs. ) | NO.: 11-CV-00746 |
| ) | |
| THE BOROUGH OF MOUNT OLIVER; ) | |
| JIM CASSIDY, individually and in his capacity as ) | |
| BOROUGH COUNCIL PRESIDENT; ) | |
| CHRISTINE BRINDEL, individually and in her ) | |
| capacity as ) | |
| BOROUGH COUNCILWOMAN; ) | |
| JOHN SMITH, individually and in his capacity as ) | |
| BOROUGH COUNCILMAN; ) | |
| DENNIS OBEDOBEL, individually and in his ) | |
| capacity as ) | |
| BOROUGH COUNCILMAN; ) | |
| PATRICK MALLOY, individually and in his ) | |
| capacity as ) | |
| BOROUGH COUNCILMAN; and, ) | |
| GEORGE FARNETH, individually and in his ) | |
| capacity as ) | |
| BOROUGH COUNCILMAN ) | |
| ) | |
| DEFENDANTS. ) | |

JURY TRIAL DEMANDED

## PRAECIPE TO WITHDRAW AS ATTORNEY

TO THE CLERK OF COURTS:

Kindly Withdraw My Appearance as Attorney in the above captioned matter.

Respectfully Submitted,

 /s/   James N. Perich, Esquire
Attorney for Defendant Borough of Mt. Oliver
PA ID NO. 23170
1430 Grant Building
310 Grant Street
Pittsburgh, PA 15219

412 391 9331
412 765 2201 (fax)
jnpesq1@verizon.net