IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

BETTY MICHENER,

     Plaintiff,                   Civil Action No. 2:11-cv-0746

vs.                           Judge Gary L. Lancaster

BOROUGH OF MOUNT OLIVER,
et al.,
     Defendants.

## ORDER

AND NOW, this _____ day of _____, 2011, upon

consideration of Defendants' **MOTION FOR LEAVE FOR BOROUGH**

**SOLICITOR TO PARTICIPATE IN MEDIATION**, it is hereby ORDERED

that said Motion is GRANTED. The Borough Solicitor for Mount Oliver Borough

is permitted to attend and participate in the mediation.

_____, C.J.