IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTY MICHENER, | ) CIVIL DIVISION |
| | ) |
| Plaintiff, | ) No: 11-746 |
| | ) |
| v. | ) |
| | ) U.S. Chief District Judge Gary L. Lancaster |
| THE BOROUGH OF MOUNT OLIVER; | ) |
| JIM CASSIDY, individually and in his | ) |
| capacity as Borough Council President; | ) **ELECTRONICALLY FILED** |
| CHRISTINE BRINDEL, individually and in | ) |
| her capacity as Borough Councilwoman; | ) |
| JOHN SMITH, individually and in his | ) **JURY TRIAL DEMANDED** |
| capacity as Borough Councilman; DENNIS | ) |
| OBEDOBLE, individually and in his | ) |
| capacity as Borough Councilman; PATRICK | ) |
| MALLOY, individually and in his capacity | ) |
| as Borough Councilman; and GEORGE | ) |
| FARNETH, individually and in his capacity | ) |
| as Borough Councilman, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

AND NOW, come Plaintiff, BETTY MICHENER and Defendant, BOROUGH OF MT. OLIVER, by and through their respective counsel, and hereby enter into a Stipulation to

...

Dismiss Defendant, JOHN SMITH from the above-captioned matter, with prejudice.

Respectfully submitted,

| | |
|---|---|
| **COHEN AND WILLWERTH, P.C.** | **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN** |
| BY: *s/ Lawrence H. Fisher* (by consent)<br>Lawrence H. Fisher, Esquire<br>PA ID #67667<br>**Counsel for Plaintiff**<br>One Oxford Centre, Suite 4300<br>301 Grant Street<br>Pittsburgh, PA  15219<br>412 255-3701<br>Lawfirst@comcast.net | BY: *s/ Teresa O. Sirianni*<br>Teresa O. Sirianni, Esquire<br>PA ID #90472<br>**Counsel for Defendants, Borough of Mt. Oliver and John Smith**<br>US Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA  15219<br>412-803-1140<br>tosirianni@mdwcg.com |

AND NOW, THIS  6th  DAY OF FEBRUARY, 2012, IT IS SO ORDERED:

_____,C.J.
U.S. Chief District Judge Gary L. Lancaster