IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

BETTY MICHENER,

    Plaintiff,

vs.

BOROUGH OF MOUNT OLIVER
JIM CASSIDY, individually and in his capacity as BOROUGH COUNCIL PRESIDENT;
CHRISTINE BRINDEL, individually and in her capacity as BOROUGH COUNCILWOMAN;
JOHN SMITH, individually and in his capacity as BOROUGH COUNCILMAN;
DENNIS OBEDOBLE, individually and in his capacity as BOROUGH COUNCILMAN;
PATRICK MALLOY, individually and in his capacity as BOROUGH COUNCILMAN;
GEORGE FARNETH, ndividually and in his capacity as BOROUGH COUNCILMAN,

    Defendants.

CIV. ACTION NO. Civil Action No. 2:11-cv-0746

Judge Gary L. Lancaster

## ORDER

AND NOW, this ___16th___ Day of ___March___, 2012, upon consideration of Defendants' **Motion to Compel Discovery and for Sanctions**, it is hereby ORDERED that said Motion is GRANTED.

Plaintiff is hereby ORDERED to serve the following upon Defendants within five (5) days hereof:

1. Complete, verified Answers to Interrogatories and Requests for Production of Defendant Malloy;

2. Complete, verified Answers to Interrogatories and Requests for Production of Defendant Cassidy;

3. Complete, verified Answers to Interrogatories and Requests for Production of Defendant Farneth;

4. Complete, verified Answers to Interrogatories and Requests for Production of Defendant Obeldobel;

5. More specific, verified Answers to Interrogatories and Requests for Production of Defendant Brindel;

6. Signed, dated and valid Authorization/Release of health care records from Dr. Frey.

7. ~~Plaintiff is ordered to pay to Defendants sanctions in the amount of $_____ within 15 days of the date of this Order.~~

_____, J.