IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETTY MICHENER, | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 11-746 |
| v. | ) | |
| | ) | |
| THE BOROUGH OF MOUNT OLIVER, ET AL. | ) | Chief Judge Gary L. Lancaster |
| | ) | |
| Defendants | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

Comes Now the parties, by their respective counsel, and hereby enter into a Stipulation to Dismiss Defendant, Christine Brindel, from the above captioned matter, with prejudice.

Respectfully submitted,

/s/ Lawrence H. Fisher           /s/ Samuel H. Foreman              /s/Teresa O. Sirianni
Lawrence Fisher, Esq.            Samuel H. Foreman, Esq.            Teresa O. Sirianni, Esq.
Counsel for Plaintiff            Counsel for Individual Defendants  Counsel for Mt. Oliver

SO ORDERED, this 28 day of June, 2012.

_____
Hon. Gary L. Lancaster, Chief U.S. District Judge