IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

BETTY MICHENER,

       Plaintiff,                        Civil Action No. 2:11-cv-0746

       vs.                             Judge Gary L. Lancaster

BOROUGH OF MOUNT OLIVER
JIM CASSIDY,

       Defendants.

## ORDER

AND NOW, this __10th__ Day of __Oct__, 2012, upon

consideration of Defendant's **DEFENDANTS' THIRD MOTION TO

COMPEL**, it is hereby ORDERED:

1.     Plaintiff's allegations against each of the Defendants Farneth, Malloy,

Cassidy, Obeldobel, and Bender, shall be deemed to be limited to those matters

arising from and described by the documents Plaintiff has tendered in Response to

Defendants' Requests for Production of Documents, which Plaintiff served upon

Defendants on March 19, 2012.

_____, J.