IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTY MICHENER, | ) CIVIL DIVISION |
| Plaintiff, | ) No: 11-746 |
| v. | ) |
| THE BOROUGH OF MOUNT OLIVER; JIM CASSIDY, individually and in his capacity as Borough Council President; CHRISTINE BRINDEL, individually and in her capacity as Borough Councilwoman; JOHN SMITH, individually and in his capacity as Borough Councilman; DENNIS OBEDOBLE, individually and in his capacity as Borough Councilman; PATRICK MALLOY, individually and in his capacity as Borough Councilman; and GEORGE FARNETH, individually and in his capacity as Borough Councilman, | ) U.S. Chief District Judge Gary L. Lancaster ) ) **ELECTRONICALLY FILED** ) ) **JURY TRIAL DEMANDED** ) ) |
| Defendants. | ) |

**ORDER OF COURT**

AND NOW, this 10th day of Oct, 2012, upon consideration of Plaintiff's Motion to Compel and all responses thereto, it is hereby ORDERED that said motion is DENIED.

BY THE COURT:

_____
U.S. Chief District Judge Gary L. Lancaster

12/1586087.v1