IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETTY MICHENER, | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 11-746 |
| v. | ) | |
| | ) | |
| THE BOROUGH OF MOUNT OLIVER, ET AL. | ) | Chief Judge Gary L. Lancaster |
| | ) | |
| Defendants | ) | |
| | ) | |

### STIPULATION OF DISMISSAL

Comes Now the parties, by their respective counsel, and hereby enter into this Stipulation to Dismiss Defendants Jim Cassidy, Denis Obeldoble, Patrick Malloy, and George Farneth from the above captioned matter, pursuant to the terms of an agreement between Plaintiff and these individual Defendants.

Respectfully submitted,

/s/ Lawrence H. Fisher
Lawrence Fisher, Esq.
Counsel for Plaintiff

/s/ Samuel H. Foreman
Samuel H. Foreman, Esq.
Counsel for Individual Defendants

/s/ Teresa O. Sirianni
Teresa O. Sirianni, Esq.
Counsel for Mt. Oliver

SO ORDERED, this 28th day of January, 2013.

_____, C.J

Hon. Gary L. Lancaster, Chief U.S. District Judge