## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTY MICHENER, | CIVIL DIVISION |
| Plaintiff, | No: 11-746 |
| v. | |
| THE BOROUGH OF MOUNT OLIVER; JIM CASSIDY, individually and in his capacity as Borough Council President; CHRISTINE BRINDEL, individually and in her capacity as Borough Councilwoman; JOHN SMITH, individually and in his capacity as Borough Councilman; DENNIS OBEDOBLE, individually and in his capacity as Borough Councilman; PATRICK MALLOY, individually and in his capacity as Borough Councilman; and GEORGE FARNETH, individually and in his capacity as Borough Councilman, | U.S. Chief District Judge Gary L. Lancaster  **ELECTRONICALLY FILED**  **JURY TRIAL DEMANDED** |
| Defendants. | |

## STIPULATION OF DISMISSAL

AND NOW, come all the parties, by and through their respective counsel, and hereby stipulate that all of the claims raised by the Plaintiff in the above-captioned matter shall be dismissed with prejudice, and the Court is requested to enter an appropriate Order for the

purpose of accomplishing the same. The parties further stipulate that each party shall bear the party's own attorney's fees and costs.

Respectfully submitted,

| **COHEN AND WILLWERTH, P.C.** | **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN** |
|---|---|
| BY: _s/ Lawrence H. Fisher (by consent)_<br>Lawrence H. Fisher, Esquire<br>PA ID #67667<br>**Counsel for Plaintiff**<br>One Oxford Centre, Suite 4300<br>301 Grant Street<br>Pittsburgh, PA  15219<br>412 255-3701<br>Lawfirst@comcast.net | BY: _s/ Teresa O. Sirianni_<br>Teresa O. Sirianni, Esquire<br>PA ID #90472<br>**Counsel for Defendants, Borough of Mt. Oliver and John Smith**<br>US Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA  15219<br>412-803-1140<br>tosirianni@mdwcg.com |

IT IS HEREBY ORDERED:

_[signature]_

U.S. Chief District Judge Gary L. Lancaster

DATED: 3-14-13

12/1777700.v1

2